**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|                                                                              |   |                      |
|------------------------------------------------------------------------------|---|----------------------|
| UNITED STATES OF AMERICA                                                     | : |                      |
|                                                                              | : |                      |
| v.                                                                           | : | No. 5:18-cr-00045-001 |
|                                                                              | : |                      |
| RENE MARRERO, JR.                                                            | : |                      |
| 2238 W. Livingston Street                                                    | : |                      |
| Allentown, PA 18104                                                          | : | February 22, 2018    |

**NOTICE OF TRIAL**

    **TAKE NOTICE** that **JURY SELECTION** in the above case has been set for **MONDAY, March 26, 2018** at **9:00 A.M.** before the Honorable Joseph F. Leeson, Jr. at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19101. The **SECOND** and **ALL** subsequent days of **TRIAL** will be held at the Edward N. Cahn Courthouse & Federal Building, Courtroom C, Third Floor, 504 West Hamilton Street, Allentown, Pennsylvania 18101.

**DEFENDANT IS DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

    If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

 

                                                     /s/ Justin F. Wood
                                                   Justin F. Wood
                                                   Deputy Clerk to Judge Leeson
                                                   (610) 776-6118

[YES]  INTERPRETER REQUIRED - SPANISH
[NO]   THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

Served on     Kishan Nair, AUSA
                    Gavin P. Holihan, Esquire
                    Rene Marrero, Jr., Defendant
                    U.S. Marshal
                    Probation Office
                    Pretrial Services
                    Larry Bowman